# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZEFERINO MARTINEZ, M.D., | No. 4:19-CV-00327 |
| Plaintiff, | (Judge Brann) |
| v. | |
| UPMC SUSQUEHANNA, | |
| Defendant. | |

## ORDER

**AND NOW**, this 12th day of August 2019, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss, May 3, 2019, ECF No. 9 is **DISMISSED as MOOT**.

2. Defendant's Motion to Dismiss, June 13, 2019 ECF No. 12 is **GRANTED**.

3. The case is **DISMISSED** and the Clerk is directed to close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge