IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZEFERINO MARTINEZ, M.D., | No. 4:19-CV-00327 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| UPMC SUSQUEHANNA, | |
| Defendant. | |

# ORDER

**NOVEMBER 22, 2022**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED**:

1. Defendant UPMC Susquehanna's Motion for Summary Judgment (Doc. 32) is **GRANTED**.

2. Final Judgment is entered in favor of UPMC Susquehanna and against Plaintiff Zeferino Martinez, M.D., and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge