# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| ZEFERINO MARTINEZ, M.D., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:19-CV-327 |
| UPMC SUSQUEHANNA | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Final Judgment is entered in favor of Defendant UPMC Susquehanna and against Plaintiff Zeferino Martinez, M.D. in accordance with Memorandum Opinion and Order dated 11/22/2022.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Matthew W. Brann   on a motion for Summary Judgment (Doc. 32).

Date:  11/22/2022

CLERK OF COURT

s/ *Emily C. Aikey*

*Signature of Clerk or Deputy Clerk*